UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Garrett Brockman, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>FCA US, LLC, <br><br>　　　　Defendant. | Case No.  2:23-cv-00841-KJM-DMC <br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED against defendant FCA US, LLC in accordance with the Notice of Acceptance with Offer of Judgment (document 13) filed 01/12/2024.

January 22, 2024　　　　　　　　　　　　　　　KEITH HOLLAND, CLERK

　　　　　　　　　　　　　　　　　　　　　　　By: /s/  J. Donati, Deputy Clerk