UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRETT BROCKMAN,<br><br>    Plaintiff,<br><br>v.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No. 2:23-CV-00841-KJM-DMC<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES AND JURISDICTION** |

On April 5, 2024, the parties filed a Joint Stipulation to Continue the Court's Jurisdiction.

The court, having considered the parties' Joint Stipulation and finding good cause, hereby GRANTS the Joint Stipulation nunc pro tunc and ORDERS as follows:

1. The Joint Stipulation is granted;
2. The court continues the filing deadline of plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from April 5, 2024, to June 5, 2024; and

3. The court retains jurisdiction over the action until plaintiff's fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated: April 15, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE