UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRETT BROCKMAN,<br><br>   Plaintiff,<br><br>  v.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>   Defendants. | Case No. 2:23-cv-00841-KJM-DMC<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES AND JURISDICTION** |

  On June 3, 2024, the parties filed a Joint Stipulation to Continue the Court's jurisdiction.

  The court, having considered the Parties' Joint Stipulation and finding good cause, hereby GRANTS the Joint Stipulation and ORDERS as follows:

  1. The court continues the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from June 5, 2024, to August 5, 2024.  The court notes the parties request two different extension deadlines in the Joint Stipulation—first they request a deadline of June 19, 2024, and then they request a deadline of August 5, 2024.  *See* ECF No. 19 at 2.  Given the parties' representations

regarding their continued meet and confer efforts to resolve this issue without burdening the court, the court grants the request for the later deadline of August 5, 2024, while advising the parties that further extension requests are in no way assured without detailed explanations of good cause; and

2. The court retains jurisdiction over the action until Plaintiff's fees, costs, and expenses are determined and payment satisfied.

IT IS SO ORDERED.

Dated: June 6, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE