UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRETT BROCKMAN,<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 2:23-cv-00841-KJM-DMC<br><br>District Judge: Kimberly J. Mueller<br><br>**ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　　Plaintiff GARRETT BROCKMAN ("Plaintiff") and Defendant FCA US LLC have agreed FCA US LLC will pay $18,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

　　　Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $18,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by August 26, 2024. After satisfaction of payment, Plaintiffs will dismiss this case with prejudice within 10 business days against all parties. Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses is withdrawn and the hearing vacated.

1    **IT IS SO ORDERED.**

2    DATED: July 3, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE